1  LATHAM & WATKINS LLP
       Patrick E. Gibbs, Bar No. 183174
2      *patrick.gibbs@lw.com*
       Chris W. Johnstone, Bar No. 242152
3      *chris.johnstone@lw.com*
   140 Scott Drive
4  Menlo Park, California 94025
   Telephone: +1.650.328.4600
5  Facsimile: +1.650.463.2600

6  LATHAM & WATKINS LLP
       Michele D. Johnson, Bar No. 198298
7      *michele.johnson@lw.com*
   650 Town Center Drive, 20th Floor
8  Costa Mesa, California 92626-1925
   Telephone: +1.714.540.1235
9  Facsimile: +1.714.755.8290

10 Attorneys for Defendants STEC, Inc.,
   Manouch Moshayedi, Mehrdad Moshayedi,
11 Raymond D. Cook, and Rajat Bahri

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WEST VIRGINIA LABORERS' TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MEHRDAD MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, INC., and OPPENHEIMER & CO., INC.,<br><br>Defendants. | CASE NO: SACV 11-01171 JVS (MLGx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**Original Filing Date:**<br><br>September 12, 2011<br><br>**[PROPOSED] Filing Date:**<br><br>Thirty days after the Court rules on Plaintiff's motion to remand |

## STIPULATION

WHEREAS on July 1, 2011, Plaintiff the West Virginia Laborers' Trust Fund filed a Complaint For Violations Of The Federal Securities Laws (the "Complaint") in the Superior Court of Orange County, California alleging violations of the Securities Act of 1933;

WHEREAS on August 4, 2011, Defendants STEC, Inc., Manouch Moshayedi, Mehrdad Moshayedi, Raymond D. Cook, and Rajat Bahri (the "STEC Defendants") removed this case to the United States District Court for the Central District of California, Southern Division;

WHEREAS Defendants Barclays Capital Inc., Deutsche Bank Securities, Inc., J.P. Morgan Securities, Inc., and Oppenheimer & Co., Inc. (the "Underwriter Defendants") are also named in the Complaint;

WHEREAS Plaintiff intends to file a motion to remand this case back to the Superior Court of Orange County, California;

WHEREAS the parties have conferred and agree that it would be potentially wasteful to litigate the sufficiency of the Complaint prior to knowing whether this case will remain in federal court;

WHEREAS under Federal Rule of Civil Procedure 81(c), Defendants were required to respond to the Complaint on or before August 11, 2011;

WHEREAS to ensure that this deadline did not pass while the federal proceeding was initiated and assigned to a judge, the parties filed an earlier stipulation to extend the time to respond to the initial Complaint an initial thirty (30) days in accordance with Local Rule 8-3;

WHEREAS the deadline for Defendants to respond to the Complaint is now September 12, 2011; and

WHEREAS the parties have conferred and agree that the deadline for Defendants to respond to the Complaint should be extended to thirty (30) days after the Court rules on Plaintiff's motion to remand.

1 | THEREFORE IT IS STIPULATED AND AGREED that:

2 |   1.   The deadline for Defendants to respond to the Complaint should be
3 | extended to thirty (30) days after the Court rules on Plaintiff's motion to remand.

6 | IT IS SO STIPULATED.

8 | DATED: August 11, 2011          LATHAM & WATKINS LLP

                                    By /s/ Christopher W. Johnstone
                                    Christopher W. Johnstone

                                    *Attorneys for Defendants STEC,
                                    Inc., Manouch Moshayedi, Mehrdad
                                    Moshayedi, Raymond D. Cook, and
                                    Rajat Bahri*

15 | DATED: August 3, 2011           BINGHAM MCCUTCHEN LLP

                                    By /s/ John D. Pernick
                                    John D. Pernick

                                    *Attorneys for Defendants Barclays
                                    Capital Inc., Deutsche Bank
                                    Securities, Inc., J.P. Morgan
                                    Securities, Inc., and Oppenheimer &
                                    Co., Inc.*

23 | DATED: August 3, 2011           BERNSTEIN LITOWITZ BERGER
                                    & GROSSMANN LLP

                                    By /s/ Niki L. Mendoza
                                    Niki L. Mendoza

                                    *Attorneys for Plaintiff The West
                                    Virginia Laborers' Trust Fund*