LATHAM & WATKINS LLP
Patrick E. Gibbs, Bar No. 183174
*patrick.gibbs@lw.com*
Chris W. Johnstone, Bar No. 242152
*chris.johnstone@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

LATHAM & WATKINS LLP
Michele D. Johnson, Bar No. 198298
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Attorneys for Defendants STEC, Inc., Manouch Moshayedi, Mehrdad Moshayedi, Raymond D. Cook, and Rajat Bahri

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

WEST VIRGINIA LABORERS' TRUST FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

STEC, INC., MANOUCH MOSHAYEDI, MEHRDAD MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, INC., and OPPENHEIMER & CO., INC.,

Defendants.

CASE NO: SACV 11-01171 JVS (MLGx)

**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

**Original Filing Date:**

September 12, 2011

**[PROPOSED] Filing Date:**

Thirty days after the Court rules on Plaintiff's motion to remand

**ORDER**

The Court has received and reviewed the parties' Stipulation To Extend Time To Respond To Initial Complaint.

**IT IS HEREBY ORDERED** that:

1. The deadline for Defendants to respond to the Complaint is extended to thirty (30) days after the Court rules on Plaintiff's motion to remand.

**IT IS SO ORDERED.**

Dated: August 12, 2011

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE