BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
Blair A. Nicholas (Bar No. 178428)
blairn@blbglaw.com
Niki L. Mendoza (Bar No. 214646)
nikim@blbglaw.com
Joseph W. Goodman (Bar No. 230161)
joseph.goodman@blbglaw.com
Paul M. Jonna (Bar No. 265389)
paulj@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Counsel for Plaintiff West Virginia
Laborers' Trust Fund and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WEST VIRGINIA LABORERS' TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MEHRDAD MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, INC., and OPPENHEIMER & CO., INC.,<br><br>            Defendants. | Case No. 11-cv-01171-JVS (MLGx)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TO REMAND THIS ACTION TO STATE COURT**<br><br>Date:    September 19, 2011<br>Time:    1:30 p.m.<br>Judge:   Honorable James V. Selna<br>Ctrm:    10C |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on September 19, 2011, at 1:30 p.m., or as soon thereafter as may be heard by the Honorable James V. Selna, located at 411 West Fourth Street, Santa Ana, California 92701, Courtroom 10C, Plaintiff West Virginia Laborers' Trust Fund ("West Virginia") will and does hereby move the Court for remand of this action filed in the Superior Court for the State of California, County of Orange, on July 7, 2011, which was removed to this Court by defendants STEC, Inc., et al., on August 4, 2011, pursuant to 28 U.S.C. § 1452.

Plaintiff makes this motion pursuant to 28 U.S.C. § 1447(c) and 28 U.S.C. § 1452(b) on the grounds that this action was improperly removed.  This Motion is made and based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support, the Declaration of Blair A. Nicholas, and such other additional evidence or argument as may be presented to the Court.  This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 5, 2011.

| Dated:  August 17, 2011 | Respectfully submitted, |
|---|---|
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | By  */s/ Blair A. Nicholas* |
| | Blair A. Nicholas |
| | Blair A. Nicholas (Bar No. 178428) blairn@blbglaw.com Niki L. Mendoza (Bar No. 214646) nikim@blbglaw.com Joseph W. Goodman (Bar No. 230161)joseph.goodman@blbglaw.com Paul M. Jonna (Bar No. 265389 paulj@blbglaw.com 12481 High Bluff Drive, Suite 300 San Diego, CA 92130 Tel:   (858) 793-0070 Fax:   (858) 793-0323 |
| | *Counsel for Plaintiff West Virginia Laborers' Trust Fund and the Class* |