| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | JOHN D. PERNICK (SBN 155468) |
| 2 | AMY G. JUNE (SBN 218610) |
| | Three Embarcadero Center |
| 3 | San Francisco, CA  94111 |
| | Telephone:  415.393.2000 |
| 4 | Facsimile:   415.393.2286 |
| | john.pernick@bingham.com |
| 5 | |
| | Attorneys for Defendants Barclays Capital |
| 6 | Inc., Deutsche Bank Securities Inc., J.P. |
| | Morgan Securities Inc., and Oppenheimer & |
| 7 | Co., Inc |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| WEST VIRGINIA LABORERS' TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | | CASE NO.: SACV 11-01171-JVS (MLGx) |
| | Plaintiff, | **NOTICE OF JOINDER AND JOINDER TO STEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| | v. | |
| STEC, INC., MANOUCH MOSHAYEDI, MEHRDAD MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, INC., and OPPENHEIMER & CO., INC., | | Judge: Hon. James V. Selna<br>Court: 10C<br>Date: September 19, 2011<br>Time: 1:30 p.m. |
| | Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE**. that on September 19, 2011, at 1:30 p.m. before the Honorable James V. Selna, United States District Judge, located at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Courtroom 10C, Santa Ana, California 92701, Defendants Barclays Capital Inc., Deutsche Bank Securities Inc., J.P. Morgan Securities Inc., and Oppenheimer & Co., Inc (collectively, the "Underwriter Defendants") hereby join in the opposition to Plaintiff's Motion to Remand filed by Defendants STEC, Inc., Manouch Moshayedi, Mark Moshayedi, Raymond D. Cook, and Rajat Bahri (the "STEC Defendants") and incorporate the papers filed and arguments made by the STEC Defendants, and respectfully request that Plaintiff's motion to remand be denied, and that this action be consolidated with *In re STEC, Inc., Securities Litigation*, SACV 09-01304-JVS (the "Securities Class Action").

The Motion is based on this Notice, the papers filed in connection with the STEC Defendants' Opposition to Motion to Remand, the Court's record in this matter, and the arguments of counsel.

DATED: August 29, 2011                    BINGHAM MCCUTCHEN LLP


By:_____
   John D. Pernick
   *Attorneys for Defendants Barclays Capital Inc., Deutsche Bank Securities Inc., J.P. Morgan Securities Inc., and Oppenheimer & Co., Inc.*