1  BERNSTEIN LITOWITZ BERGER
     & GROSSMANN LLP
2  Blair A. Nicholas  (Bar No. 178428)
blairn@blbglaw.com
3  Niki L. Mendoza  (Bar No. 214646)
nikim@blbglaw.com
4  Joseph W. Goodman  (Bar No. 230161)
joseph.goodman@blbglaw.com
5  Paul M. Jonna  (Bar No. 265389)
paulj@blbglaw.com
6  12481 High Bluff Drive, Suite 300
San Diego, CA 92130
7  Tel:   (858) 793-0070
Fax:   (858) 793-0323
8
9  *Counsel for Plaintiff West Virginia*
*Laborers' Trust Fund and the Class*
10

11                    UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13                        SOUTHERN DIVISION

14

| | |
|---|---|
| 15  WEST VIRGINIA LABORERS' TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 11-cv-01171-JVS (MLGx) |
| 16 | |
| 17 | **NOTICE OF APPEARANCE OF JOSEPH W. GOODMAN** |
|        Plaintiff, | |
| 18 | |
| 19  v. | Judge:       Hon. James V. Selna<br>Courtroom:    10C |
| 20  STEC, INC., MANOUCH MOSHAYEDI, MEHRDAD MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, INC., and OPPENHEIMER & CO., INC., | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
|        Defendants. | |
| 25 | |

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2           PLEASE TAKE NOTICE of the appearance of Joseph W. Goodman of the

3    law firm of Bernstein Litowitz Berger & Grossmann LLP as Counsel for Plaintiff,

4    West Virginia Laborers' Trust Fund, in the above-referenced matter.

5           Joseph W. Goodman is licensed to practice law in the State of California, is

6    a member in good standing of the California State Bar, and is admitted to practice

7    before the United States District Court for the Central District of California.

8

9    Dated: September 13, 2011            Respectfully submitted,

10                                        BERNSTEIN LITOWITZ BERGER
                                             & GROSSMANN LLP
11
                                          */s/ Joseph W. Goodman*
12                                        JOSEPH W. GOODMAN

13
                                          Blair A. Nicholas  (Bar No. 178428)
14                                        blairn@blbglaw.com
                                          Niki L. Mendoza  (Bar No. 214646)
15                                        nikim@blbglaw.com
                                          Joseph W. Goodman  (Bar No. 230161)
16                                        joseph.goodman@blbglaw.com
                                          Paul M. Jonna  (Bar No. 265389)
17                                        paulj@blbglaw.com
                                          12481 High Bluff Drive, Suite 300
18                                        San Diego, CA 92130
                                          Tel:   (858) 793-0070
19                                        Fax:   (858) 793-0323

20
21                                        *Counsel for Plaintiff West Virginia*
                                          *Laborers' Trust Fund and the Class*
22

23

24

25

26

27

28
_____
                              -2-              NOTICE OF APPEARANCE
                                               Case No. 11-cv-01171-JVS (MLGx)