BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
blairn@blbglaw.com
NIKI L. MENDOZA  (Bar No. 214646)
nikim@blbglaw.com
JOSEPH W. GOODMAN (Bar. No. 230161)
joseph.goodman@blbglaw.com
PAUL M. JONNA  (Bar No. 265389)
paulj@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

*Counsel for Plaintiff West Virginia
Laborers' Trust Fund and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WEST VIRGINIA LABORERS' TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MEHRDAD MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, INC., and OPPENHEIMER & CO., INC.,<br><br>Defendants. | Case No. 11-cv-01171-JVS (MLGx)<br><br>**DECLARATION OF SERVICE** |

1  I, Dena L. Bielasz, declare:

2  1.   That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2.   That on September 13, 2011, the following documents were filed electronically using the Electronic Case Filing ("ECF") System.

- **Notice of Appearance of Joseph W. Goodman; and**
- **Declaration of Service**

Those attorneys who are registered with the ECF System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3.   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this 13th day of September, 2001, at San Diego, California.

*/s/ Dena L. Bielasz*
DENA L. BIELASZ

---

DECLARATION OF SERVICE
Case No. 11-cv-01171-JVS (MLGx)

# SERVICE LIST

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices from the Court for this case.

- Christopher W. Johnstone
  chris.johnstone@lw.com

- Michele D. Johnson
  michele.johnson@lw.com

- Patrick E. Gibbs
  patrick.gibbs@lw.com

*Attorneys for Defendants STEC, Inc., Manouch Moshayedi, Mehrdad Moshayedi, Raymond D. Cook, Rajat Bahri*

**First Class Mail Service List**

John D. Pernick
**Bingham McCutchen**
3 Embarcadero Center, Suite 1800
San Francisco, CA 94111
Tel:   (415) 393-2544
Fax:   (415) 262-9203
John.pernick@bingham.com

*Attorneys for Defendants Barclays Capital Inc., Deutsche Bank Securities Inc., JP Morgan Securities Inc., and Oppenheimer & Co., Inc.*

-1-

DECLARATION OF SERVICE
Case No. 11-cv-01171-JVS (MLGx)