1  BINGHAM MCCUTCHEN LLP
   JOHN D. PERNICK (SBN 155468)
2  AMY G. JUNE (SBN 218610)
   Three Embarcadero Center
3  San Francisco, CA  94111
   Telephone:  415.393.2000
4  Facsimile:   415.393.2286
   john.pernick@bingham.com
5
   Attorneys for Defendants Barclays Capital
6  Inc., Deutsche Bank Securities Inc., J.P.
   Morgan Securities Inc., and Oppenheimer &
7  Co., Inc

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11

12  WEST VIRGINIA LABORERS'
    TRUST FUND, Individually and on            CASE NO.: SACV 11-01171-JVS (MLGx)
13  Behalf of All Others Similarly Situated,
                                               **DEFENDANTS NOTICE OF**
14                 Plaintiff,                  **APPEARANCE**

15         v.
                                               Judge:  Hon. James V. Selna
16  STEC, INC., MANOUCH                        Court:  10C
    MOSHAYEDI, MEHRDAD                         Date:   September 19, 2011
17  MOSHAYEDI, RAYMOND D.                      Time:   1:30 p.m.
    COOK, RAJAT BAHRI, BARCLAYS
18  CAPITAL INC., DEUTSCHE BANK
    SECURITIES, INC., J.P. MORGAN
19  SECURITIES, INC., and
    OPPENHEIMER & CO., INC.,
20
                   Defendants.
21

22

23

24

25

26

27

28

A/74516125.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendants Barclays Capital Inc., Deutsche Bank
3  Securities Inc., J.P. Morgan Securities Inc., and Oppenheimer & Co., Inc hereby
4  file their appearance in the above captioned action.  John D. Pernick and Amy G.
5  June of Bingham McCutchen LLP, Three Embarcadero Center, San Francisco,
6  CA 94111, telephone 415.393.2000, facsimile 415.393.2286 will act as counsel
7  of record for Barclays Capital Inc., Deutsche Bank Securities Inc., J.P. Morgan
8  Securities Inc., and Oppenheimer & Co.  This notice does not constitute a general
9  appearance and does not waive any substantive or procedural challenge to the
10 Complaint.

11 DATED: September 14, 2011                BINGHAM MCCUTCHEN LLP

13                                          By:     /s/ John D. Pernick
                                                John D. Pernick
14                                              *Attorneys for Defendants Barclays
                                                Capital Inc., Deutsche Bank
15                                              Securities Inc., J.P. Morgan
                                                Securities Inc., and Oppenheimer
16                                              & Co., Inc.*