BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
NIKI L. MENDOZA (Bar No. 214646)
nikim@blbglaw.com
JOSEPH W. GOODMAN (Bar. No. 230161)
joseph.goodman@blbglaw.com
PAUL M. JONNA (Bar No. 265389)
paulj@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

*Counsel for Plaintiff West Virginia
Laborers' Trust Fund and the Class*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WEST VIRGINIA LABORERS' TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MEHRDAD MOSHAYEDI, RAYMOND D. COOK, RAJAT BAHRI, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, INC., and OPPENHEIMER & CO., INC.,<br><br>                Defendants. | Case No. 11-cv-01171-JVS (MLGx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND THIS ACTION TO STATE COURT**<br><br>Date:      September 19, 2011<br>Time:     1:30 p.m.<br>Judge:   Honorable James V. Selna<br>Ctrm:    10C |

1    This cause came before the Court upon the motion to remand filed by West

2  Virginia Laborers' Trust Fund.

3    Having fully considered the parties' papers, the arguments of counsel, and

4  the pertinent portions of the record, the Court GRANTS Plaintiff's motion and

5  remands this action to the Superior Court for the State of California, County of

6  Orange.

7

8    IT IS SO ORDERED.

9

10

11  Dated: _**October 13, 2011**___                    _____

12                                                      HON. JAMES V. SELNA
                                                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                                              [PROPOSED] ORDER TO REMAND
                                                 Case No. 11-cv-01171-JVS (MLGx)